SCMF-12-0000538

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

In the Matter of the
November 2020 Hawaiʻi Professionalism Course

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Intermediate Court of Appeals Chief Judge Ginoza,
assigned by reason of vacancy)

In light of the public health emergency arising from the COVID-19 pandemic and upon consultation with the Hawaiʻi State Bar Association,

IT IS HEREBY ORDERED that:

1.    The November 2020 Hawaiʻi Professionalism Course, which is conducted under the joint sponsorship of the Hawaiʻi Supreme Court and the Hawaiʻi State Bar Association, is cancelled.

2.    Any person eligible to take the November 2020 Hawaiʻi Professionalism Course shall be afforded an additional one year to comply with Rule 1.14(a) of the Rules of the Supreme Court of Hawaiʻi.

DATED:  Honolulu, Hawaiʻi, October 2, 2020.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Michael D. Wilson
/s/ Lisa M. Ginoza

